Monte J. White & Associates, P.C.
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| Shane Daniel Davis | § | Case No. 09-70589-HDH-13 |
| Cori Rae Davis | § | Chapter 13 |
|     Debtors | § | |

## DEBTORS' MOTION TO EXTEND AUTOMATIC STAY

Comes Now Debtors, by counsel, and for this Motion state as follows:

1. Debtors filed for relief under Chapter 13 in the Northern District of Texas. This is a core proceeding.

2. Debtors were as a debtor in a prior case during the preceding year. To-wit: Chapter 13, Case No. 07-70524-HDH-13 filed on 12/13/2007.

3. Debtors seek an extension of the automatic stay imposed for 30-days pursuant to 11 U.S.C. §362(c)(3)(A), as to all creditors until further order or discharge to effectuate an orderly reorganization, pursuant to 11 U.S.C. §362(c)(3)(B).

4. Debtors' prior case was dismissed for: Debtor was laid off on 1/4/2009 and the Trustee payments were being deducted from his pay check. He did not begin receiving unemployment benefits until 3/3/2009. He is currently working for Ben E. Keith Co., and continues receiving unemployment.

5. The following changes of circumstances demonstrate that the Debtors can perform this plan and are likely to complete the case successfully: Debtors' are both employed and will have the Trustee payments deducted from Joint Debtor's pay check.

WHEREFORE, Debtors' request this Court enter its order continuing the automatic stay under §362(a) in this proceeding as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2) or a motion for relief is granted under §362(d).

Respectfully submitted,

/s/Monte J. White
Attorney for Debtors

CERTIFICATE OF SERVICE

A true and exact copy of the foregoing Motion and Notice of Hearing was served electronically by the ECF System or by First Class Mail on November 24, 2009, on all parties on the mailing matrix:

/s/Monte J. White
Attorney for Debtors

Case 09-70589-hdh13  Doc 9  Filed 11/24/09  Entered 11/24/09 12:53:09  Desc Main
Document  Page 3 of 4
Debtor(s):  Cori Rae Davis
Shane Daniel Davis
Case No:
Chapter: 13
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Air Evac Lifeteam
P.O. Box 106
West Plains MO  65775

Citifinancial Auto
5550 LBJ Frwy Suite 901
Dallas, TX 75240

Executive Services/Kell West
1200 Austin St
Wichita Falls, TX 76301

American Medical Response
P.O. Box 847925
Dallas, TX 75284-7925

Clinics of North Texas
P.O. box 730852
Dallas, Texas 753373-0852

Executive Services/Kell West RH
1200 Austin St/P.O. Box 2248
Wichita Falls, TX 76307-2248

Asset Accceptance LLC/Citibank
P.O. Box 2036
Warren, MI 48090-2036

Collection/Progressive Ins.
P.O. Box 9134
Needham, MA 02494

Executive Services/Pathology As
1200 Austin St
Wichita Falls, TX 76301

Assetcare, Inc./NCO Portfolio M
P.O. Box 15380
Wilmington, DE 19850-5380

Continental Credit Corp.
706 10th Street
Wichita Falls, TX 76301

Executive Services/URHCS
1200 Austin St/P.O. Box 2248
Wichita Falls, TX 76307-2248

Bankcard Services
P.O. Box 23065
Columbus, GA 31902-3065

Cook Children's Medical Center
P.O. Box 740847
Dallas, Texas 75374-0847

Executive Services/URHCS
1200 Austin St
Wichita Falls, TX 76301

Bay Area Credit Service
50 Airport Pkwy Ste 100
San Jose, CA 95110

Cook Children's Phys Network
P.O. Box 99371
Fort Worth, Texas 76199-0371

First Horizon Home Loans
4000 Horizon Way
Irving, Texas 75063

C.C.S.
Payment Processing Center
P.O. Box 52677
Phoenix, AZ 85072

Cori Rae Davis
4726 Alamo Dr.
Wichita Falls, Texas 76302

Healthsouth Rehab Hospital
3901 Armory Road
Wichita Falls TX  76302

Chase
P.O. Box 52195
Phoenix, AZ 85072-2195

Dillards
P.O. Box 981430
El Paso, TX 79998-1430

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246

Chekco Hold-A-Check
2300 Ninth St
Wichita Falls, TX 76301

Dr. Steven K. Burross & Dr. Cha
#5 Eureka, Suite A
Wichita Falls, Texas 76308

JC Penney
P.O. Box 27580
Albuquerque, NM 87125

Circuit City
P.O. Box 78131
Phoenix, AZ 85062-8131

Executive Services/Clinics of N
1200 Austin St
Wichita Falls, TX 76301

Medical Billing Services/Titani
1200 Austin Street
P.O. Box 2285
Wichita Falls, Texas 76307-2285

```
Monte J. White & Associates    Texaco                          Wichita Furniture
1106 Brook Ave                 Processing Center               1000 Indiana St.
Wichita Falls TX  76301        Des Moines, IA 50359-0001       Wichita Falls, Texas 76301


Monterey Bank                  Titanium Emergency Group, LLP
P.O. Box 2809                  P.O. Box 3407
Carlsbad, CA 92018             Emergency Room Physician
                               Wichita Falls, Texas 76301


North Texas Rehabiltation Center   United Regional Physician Group
1005 Midwestern Parkway        P.O. Box 224563
Wichita Falls, Texas 76302-2211    Dallas, TX 75222-4563


Pathology Associates of WF, P.A    United Revenue Corp/Radiology A
1107 Brook Street              204 Billings St Ste 120
Wichita Falls, TX  76301       Arlington, TX 76010


Radiology Associates           United Revenue Corp/United Regi
808 Brook Ave                  204 Billings St Ste 120
Wichita Falls, TX 76301        Arlington, TX 76010


Radiology Associates of Tarrant    URHCS-Business Office
P.O. Box 2927                  1600 8th Street
Ft. Worth, TX 76113            Wichita Falls, Texas 76301


Regional Adjustment Bureau, Inc    Wachovia
P.O. Box 2209                  American Education Services
Addison TX  75001              Harrisburg, PA 17130-0001


Sears                          Wells Fargo
P.O. Box 6189                  P.O. Box 660217
Sioux Falls, SD 57117          Dallas, Texas 75266-0217


Shane Daniel Davis             Wells Fargo Auto Finance
4726 Alamo Dr.                 P.O. Box 660217
Wichita Falls, Texas 76302     Dallas, Texas 75266-0217


Sun Loan Company               Wells Fargo Education Financial
3146 5th St Ste H              P.O. Box 650725
Wichita Falls, TX 76301        Dallas, Texas 75265-0725
```